921 A.2d 445

ALLYSON WALLACE, PETITIONER–PETITIONER, v. UNITED PARCEL SERVICE, RESPONDENT–RESPONDENT.

April 30, 2007.

Denied.